IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHELDON JOHNSON | * | |
| v. | * | Civil No. – JFM-10-2769 |
| BALTIMORE AMERICAN MORTGAGE, ET AL. | * | |

******

**MEMORANDUM**

Residential Funding Company, LLC ("Residential Funding") and Deutsche Bank Trust Company, Americas, ("Deutsche Bank") have filed a motion to withdraw this non-core bankruptcy proceeding.

The motion will be granted. The substantive issues in this case are precisely the same as those raised in *Fulmore v. Premier Financial Corp.*, No. 1:09-cv-02028, in which I am issuing an opinion today. Thus, it clearly is in the interest of judicial economy that this proceeding be referred to me as well.

Moreover, I am today issuing an opinion finding that the plaintiffs in *Fulmore* and related cases have no viable claim against entities situated in precisely the same circumstances as Residential Funding and Deutsche Bank. Accordingly, I will, after conferring with counsel, enter an order dismissing the claims asserted by plaintiff against them.

Date: October 29, 2010        /s/
                              J. Frederick Motz
                              United States District Judge

1